# 334

No. 62906.—SUIT 4930.—Anderson Organization *v.* United States.—

—C.D. 1885 affirmed December 15, 1958.
C.A.D. 694.

BEFORE THE SECOND DIVISION, MARCH 30, 1959

No. 62907.—T. D. Downing Co. *v.* United States, protest 305808-K (Boston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.

No. 62908.—Close & Stewart *v.* United States, protests 279859-K, 295391-K, and 295392-K (Seattle).

Opinion by RAO, J. The protests were dismissed.

No. 62909.—Wall Trends, Inc. *v.* United States, protest 58/8341 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 62910.—Schlumberger Well Surveying Corp. *v.* United States, protest 329672-K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon envelopes similar in all material respects to those the subject of Abstract 62051, the claim of the plaintiff was sustained.

No. 62911.—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protests 238337-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

No. 62912.—Franken Trimming Co., Inc. *v.* United States, protests 261549–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

No. 62913.—Beer Stern Import Corp. et al. *v.* United States, protests 276212–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

No. 62914.—Dan Cooper, Inc. *v.* United States, protest 323452–K(B) (New York).

Opinion by FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 30, 1959

No. 62915.—F. E. Macartney *v.* United States, protests 170252–K, etc. (Duluth).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.